NICK ANGEROSA et al., Respondents, *v.* THE WHITE COMPANY, Appellant.

Argued June 10, 1937; decided July 13, 1937.

*William R. Lee* for appellant.

*Bartle Gorman* and *Stephen L. Waskiewicz* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.  Taking no part: O'BRIEN, J.